ACCEPTED
03-15-00153-CR
5296282
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 9:16:20 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00153-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **FRANCES ANITA ROBINSON** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 9:16:20 AM
JEFFREY D. KYLE
Clerk

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days from reinstatement of the instant case in the Court of Appeals (after a potential remand) or from the trial court's filing of any amended findings to file Appellee's brief, and for good cause would show the following:

### I.

Appellee was indicted by a grand jury on June 5, 2013 for the charge of Intoxication Manslaughter in CR2013-267. After Appellee's motion to suppress evidence was granted by the trial court on February 18, 2015, the State timely appealed pursuant to article 44.01 of the Code of Criminal Procedure, and a stay was granted by the Court of Appeals on March 20, 2015. The State timely filed its request for findings of fact and conclusions of law with the trial court on March 10, 2015. *See* Tex. R. Civ. P. 296. Out of an abundance of caution, the State timely filed its notice of past due findings of fact and conclusions of law on April 9, 2015,

1

along with the State's proposed findings for the trial court. *See* Tex. R. Civ. P. 297. The State's brief is currently due on May 14, 2015.

## II.

Assistant District Attorney Daniel Palmitier is handling the appeal for the State in this case. Yesterday, May 14, 2015, the State filed a verified motion to abate and remand the cause to the trial court, because the trial court's findings – entered after it was deprived of jurisdiction – are void, and because the State is entitled to have such findings for the appeal. Further, the State had no notice or actual knowledge of the entry of said findings until May 6, 2015 – more than ten days after they were filed. *See* Tex. R. Civ. P. 297, 298. The State will request additional findings in the event of a remand. Mr. Palmitier has already performed much of the necessary research, but he has not yet been able to complete the State's brief. The State's Verified Motion to Abate and Remand is currently pending in this Court; in the event of a remand, the State respectfully requests an extension of 30 days from reinstatement in the Court of Appeals – or 30 days from the filing of any amended findings – to file its brief. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days after reinstatement in the Court of Appeals or the entry of amended findings, so that Appellant's brief will fully, adequately and accurately present its case to the Honorable Court of Appeals. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for Appellant, the State of Texas, hereby certify that a true and correct copy of the above and foregoing *State's Second Motion to Extend Time to File Brief* was sent to Defendant/Appellee FRANCES ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
csullivan@lawcsullivan.com
308 Campbell Dr.
Canyon Lake, TX  78133
Fax: 210-579-6448
*Attorney for Appellee on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 15th day of May, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**